AO 10*
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HODGES, GEORGE R. | U.S. BANKRUPTCY COURT | 07/14/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| JUDGE, Retired/Recalled | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

UNITED STATES COURTHOUSE
401 West Trade Street
CHARLOTTE, NC 28202

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Nationwide Ins. Co. | Triangle Properties Assoc. LLC secured by shopping center in Hickory, NC | P1 |
| 2. | Nationwide Ins. Co. | Note by JM Wallace Land Co. secured by shopping center in Iredell County, NC | P1 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 07/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Sonoco Products | C | Dividend | L | T | | | | | |
| 2. Morgan Stanley int. bearing demand accts. | A | Int | J | T | | | | | |
| 3. IRA - MSDW Liquid Asset Fund | A | Interest | K | T | | | | | |
| 4. IRA - Baxter Int'l. | A | Dividend | K | T | | | | | |
| 5. IRA - Apple Inc. | | None | K | T | Buy (add'l) | 09/11/13 | J | | Morgan Stanley |
| 6. IRA - IShares IBOXX | A | Dividend | J | T | Sold (part) | 04/04/13 | J | A | Morgan Stanley |
| 7. IRA - Danaher Corp. | A | Dividend | K | T | Sold (part) | 04/04/13 | J | A | Morgan Stanley |
| 8. IRA - General Electric | B | Dividend | K | T | Sold (part) | 04/04/13 | J | A | Morgan Stanley |
| 9. IRA - Ishares MSCI Emerging Mkt | A | Dividend | J | T | | | | | |
| 10. IRA - Chevron | A | Dividend | K | T | Sold (part) | 04/04/13 | J | A | Morgan Stanley |
| 11. | | | | | Sold (part) | 08/28/13 | J | A | Morgan Stanley |
| 12. IRA - Caterpillar | A | Dividend | | | Sold | 08/09/13 | K | | Morgan Stanley |
| 13. IRA - Express Scripts Inc. | | None | | | Sold | 01/29/13 | J | A | Morgan Stanley |
| 14. IRA - Phillip Morris | B | Dividend | | | Sold | 11/21/13 | J | A | Morgan Stanley |
| 15. | | | | | Sold (part) | 04/09/13 | J | A | Morgan Stanley |
| 16. IRA - Textron Inc. | A | Dividend | K | T | | | | | |
| 17. IRA - Buffalo Small Cap Fund | | None | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 07/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. IRA - Cohen + Steers Gbl Inf. A | A | Dividend | J | T | | | | | |
| 19. IRA - Goldman Sachs Sm Cap Val A | A | Distribution | K | T | | | | | |
| 20. IRA - Ivy Small Cap GRW A | | None | J | T | | | | | |
| 21. IRA - Nuveen Trade Val. Op. A | A | Dividend | K | T | | | | | |
| 22. IRA - Royce Op.. Svc | | None | K | T | | | | | |
| 23. IRA - RS Emerg. Mkt A | A | Dividend | | | Sold | 04/16/13 | L | A | Morgan Stanley |
| 24. IRA - United Health Gp. | A | Dividend | | | Sold | 10/02/13 | J | A | Morgan Stanley |
| 25. IRA - Cerner Corp. | | None | J | T | | | | | |
| 26. IRA - Thermo Fischer Sci Inc. | A | Dividend | K | T | | | | | |
| 27. Bristol Myers Squibb | B | Dividend | K | T | | | | | |
| 28. Oracle Corp. | B | Dividend | M | T | | | | | |
| 29. Lincoln Nat'l. Corp. | B | Dividend | L | T | | | | | |
| 30. Altria Group | B | Dividend | K | T | | | | | |
| 31. Kraft Foods | A | Dividend | J | T | | | | | |
| 32. Coca Cola Co. | A | Dividend | K | T | | | | | |
| 33. IRA -- Alexion Pharm | | None | K | T | | | | | |
| 34. IRA -- HCA Holdings | | None | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 07/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IRA -- Carefusion Corp. | | None | J | T | | | | | |
| 36. IRA -- Borg Warner | A | Dividend | K | T | Buy (add'l) | 10/22/13 | K | | Morgan Stanley |
| 37. IRA -- Gilead Science | | None | K | T | Sold (part) | 04/04/13 | J | A | Morgan Stanley |
| 38. IRA -- Biogen IDEC Inc. | | None | K | T | | | | | |
| 39. IRA -- Franklin Inc. Adv. | B | Interest | K | T | | | | | |
| 40. IRA -- Prudential Sht Term Bd | A | Interest | | | Sold | 10/03/13 | J | A | Morgan Stanley |
| 41. IRA -- Prudential Sht Dur Hi Yld | C | Interest | K | T | Buy (add'l) | 06/03/13 | K | | Morgan Stanley |
| 42. IRA -- JPMorgan Chase | A | Dividend | K | T | | | | | Morgan Stanley |
| 43. IRA -- Power Shares Wat Res | A | Dividend | K | T | Buy (add'l) | 04/04/13 | J | | Morgan Stanley |
| 44. IRA -- Williams Co. | A | Dividend | J | T | | | | | |
| 45. IRA -- Watson Pharm (Changed name to Actavis, Inc.) | | None | | | | 01/24/13 | | | Actavis, Inc. |
| 46. IRA -- Actavis, PLC (formerly Watson Pharm) | A | Dividend | J | T | Buy (add'l) | 09/30/13 | J | | Morgan Stanley |
| 47. IRA -- Oracle Corp. | A | Dividend | | | Sold | 10/02/13 | J | A | Morgan Stanley |
| 48. IRA -- Google Inc. CLA | | None | K | T | Buy (add'l) | 10/22/13 | K | | Morgan Stanley |
| 49. IRA -- Microsoft | A | Dividend | | | Sold | 01/10/13 | K | A | Morgan Stanley |
| 50. IRA -- Lord Abbett Slt Dur Inc. | A | Dividend | | | Sold | 10/03/13 | K | A | Morgan Stanley |
| 51. IRA -- Wm Blair Intl Gwth | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 07/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IRA -- SPDR Tr Gold Shs | | None | | | Sold | 08/15/13 | J | | |
| 53. IRA -- Nucor Corp | A | Dividend | K | T | | | | | |
| 54. IRA -- Prudential Gbl RE | C | Dividend | K | T | | | | | |
| 55. Mondelez Intl | A | Dividend | K | T | | | | | |
| 56. IRA -- MS Emergin M KT Debt | D | Interest | J | T | | | | | |
| 57. Merck | B | Dividend | L | T | Buy (add'l) | 10/23/13 | K | | Merrill Lynch |
| 58. | | | | | Buy (add'l) | 10/07/13 | J | | Merrill Lynch |
| 59. Coca Cola Bot. Consol. | A | Dividend | K | T | | | | | |
| 60. Microsoft | D | Dividend | M | T | | | | | |
| 61. Intel | A | Dividend | J | T | | | | | |
| 62. Spectra Energy | A | Dividend | J | T | | | | | |
| 63. Duke Energy Holding Co. | A | Dividend | K | T | | | | | |
| 64. General Electric Co. | B | Dividend | L | T | | | | | |
| 65. Phoenix Cos. | B | Dividend | K | T | | | | | |
| 66. Philip Morris Int'l. Inc. | C | Dividend | L | T | | | | | |
| 67. ML CMA demand deposit | A | Interest | L | T | | | | | |
| 68. N Carolina Estn MPA Sys | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 07/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. No. Carolina St PUB | B | Interest | | | Redeemed | 03/01/13 | K | A | Merrill Lynch |
| 70. Univ. NC Chapel Hill | D | Interest | | | Redeemed | 12/02/13 | K | A | Merrill Lynch |
| 71. Nash Hlth Cre Sys NCHCF | B | Interest | L | T | | | | | |
| 72. AT&T Inc. | B | Dividend | | | Sold | 07/11/13 | L | A | Merrill Lynch |
| 73. Berkshire Hathaway CLB | | None | L | T | | | | | |
| 74. N. Car. MCC. Healthcare | B | Interest | L | T | | | | | |
| 75. Johnson + Johnson | B | Dividend | L | T | | | | | |
| 76. American Balanced Fund | C | Interest | M | T | | | | | |
| 77. American Fundamental | B | Interest | M | T | | | | | |
| 78. First Eagle Overseas FD | | None | L | T | | | | | |
| 79. First Eagle Global FD | | None | L | T | | | | | |
| 80. JPMorgan Inc. Bldr. FD | B | Interest | L | T | | | | | |
| 81. IRA - Cash/Money Mkt. | A | Interest | J | T | | | | | |
| 82. IRA - American Capital Wld Fund | B | Interest | L | T | | | | | |
| 83. IRA - American Cap Inc. Bldr. | C | Interest | L | T | | | | | |
| 84. IRA - American Growth Fund | A | Interest | L | T | | | | | |
| 85. 529 College Amer. Fund | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 07/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. American AMCAP 529A | A | Dividend | K | T | | | | | |
| 87. American BDFD 529A | A | Dividend | J | T | | | | | |
| 88. American CAP WRLD G&I 529A | A | Dividend | J | T | | | | | |
| 89. Cisco Sys | B | Dividend | K | T | | | | | |
| 90. Emerson Elec | B | Dividend | L | T | | | | | |
| 91. Nucor Corp. | B | Dividend | L | T | | | | | |
| 92. American EUROPACIFIC 529A | A | Dividend | K | T | | | | | |
| 93. American GR FD of Amer 529A | A | Dividend | K | T | | | | | |
| 94. Amer. SMALLCAP World 529A | A | Dividend | K | T | | | | | |
| 95. Amer. WA Mutual 529A | A | Dividend | J | T | | | | | |
| 96. IRA -- 3-D Systems | | None | J | T | Buy | 08/28/13 | J | | Morgan Stanley |
| 97. IRA -- Lockheed Martin | A | Dividend | K | T | Buy | 02/06/13 | J | | Morgan Stanley |
| 98. IRA -- Lyondellbasell | A | Dividend | K | T | Buy | 12/13/13 | K | | Morgan Stanley |
| 99. IRA -- Sigma Aldrich | A | Dividend | K | T | Buy | 09/12/13 | K | | Morgan Stanley |
| 100. IRA -- Stratasys Ltd. | | None | J | T | Buy | 08/28/13 | J | | Morgan Stanley |
| 101. IRA -- Terex | A | Dividend | K | T | Buy | 10/03/13 | J | | Morgan Stanley |
| 102. | | | | | Buy (add'l) | 10/22/13 | J | | Morgan Stanley |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 07/14/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. IRA -- Tyco Int'l | A | Dividend | K | T | Buy | 11/25/13 | K | | Morgan Stanley |
| 104. IRA -- United Technologies | A | Dividend | K | T | Buy | 03/28/13 | J | | Morgan Stanley |
| 105. | | | | | Buy | 06/03/13 | K | | Morgan Stanley |
| 106. IRA -- Shroder Emerg. Mkt. | A | Dividend | K | T | Buy | 11/05/13 | K | | Morgan Stanley |
| 107. IRA -- Abbvie Inc. | | None | | | Buy | 09/17/13 | K | | Morgan Stanley |
| 108. | | | | | Sold | 12/19/13 | K | A | Morgan Stanley |
| 109. IRA -- Mondelez Int'l | A | Dividend | | | Buy | 04/04/13 | K | | Morgan Stanley |
| 110. | | | | | Sold | 08/09/13 | K | A | Morgan Stanley |
| 111. IRA -- Mylan Inc. | | None | | | Buy | 09/17/13 | K | | Morgan Stanley |
| 112. | | | | | Sold | 10/31/13 | K | A | Morgan Stanley |
| 113. IRA -- CDN PacificRwy | A | Dividend | | | Buy | 03/27/13 | J | | Morgan Stanley |
| 114. | | | | | Sold | 08/28/13 | J | A | Morgan Stanley |
| 115. IRA -- Freeport McMoran CP & GLD | A | Dividend | | | Buy | 01/29/13 | J | | Morgan Stanley |
| 116. | | | | | Sold | 08/20/13 | J | A | Morgan Stanley |
| 117. IRA -- Transocean Ltd. | A | Dividend | | | Buy | 01/10/13 | K | | Morgan Stanley |
| 118. | | | | | Sold | 08/13/13 | K | A | Morgan Stanley |
| 119. Barrick Gold Corp. | A | Dividend | K | T | Buy | 07/11/13 | K | | Merrill Lynch |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 07/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. SXSE Stepup 4/15 | | None | L | T | Buy | 04/25/13 | L | | Merrill Lynch |
| 121. SXSE Stepup 10/16 | | None | K | T | Buy | 10/24/13 | K | | Merrill Lynch |
| 122. IRA - BB&T variable rate time investment | A | Dividend | K | T | | | | | |
| 123. BB&T demand deposit | A | Interest | N | T | | | | | |
| 124. Morgan Stanley - Liquid Assets Acct. | A | Interest | N | T | | | | | |
| 125. Coca Cola Co. | D | Dividend | N | T | | | | | |
| 126. Spectra Energy | B | Dividend | L | T | | | | | |
| 127. Duke Energy Holding Co. | C | Dividend | L | T | | | | | |
| 128. Exxon/Mobil Corp. | E | Dividend | P1 | T | Donated (part) | | | | |
| 129. General Electric Co. | D | Dividend | N | T | | | | | |
| 130. International Paper Co. | C | Dividend | L | T | | | | | |
| 131. Harris Teeter Suprmkt | B | Dividend | L | T | | | | | |
| 132. Sonoco Products | C | Dividend | M | T | | | | | |
| 133. Schlumberger, Ltd. | A | Dividend | L | T | | | | | |
| 134. Merck Co. | D | Dividend | M | T | | | | | |
| 135. Triangle Properties Assoc., LLC | G | Distribution | P1 | U | | | | | |
| 136. J.M. Wallace Land Co., LLC | G | Distribution | P1 | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 07/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. East Mecklenburg Co. | G | Distribution | O | U | | | | | |
| 138. The Mason Wallace Co., LLC | G | Distribution | P1 | U | | | | | |
| 139. Indian Land, SC Investment Real Estate | | None | N | W | | | | | |
| 140. Microsoft | D | Dividend | M | T | | | | | |
| 141. McDonalds Corp. | D | Dividend | M | T | | | | | |
| 142. Verizon Comm. | D | Dividend | M | T | | | | | |
| 143. AT&T | D | Dividend | M | T | | | | | |
| 144. (y) Phillips 66 | | | | | Redeemed | 05/01/12 | L | | Conoco Phillips Spin Off |
| 145. Pfizer | D | Dividend | M | T | | | | | |
| 146. Chevron Corp. | D | Dividend | M | T | | | | | . |
| 147. Express Scripts Hldg (formerly Medco) | | None | K | T | | | | | |
| 148. Conoco Phillips | D | Dividend | M | T | | | | | |
| 149. Tradewinds Global Inv. Fund | E | Dividend | O | T | | | | | |
| 150. MS Emerging Mkts. Debt. | E | Dividend | M | T | | | | | |
| 151. Baxter Int'l. | C | Dividend | M | T | | | | | |
| 152. Bristol Myers Squibb | C | Dividend | M | T | | | | | |
| 153. Dominion Res. | D | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 07/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Lockheed Martin | D | Dividend | M | T | | | | | |
| 155. Nuveen Hi YLD Muni Bond C | D | Interest | M | T | | | | | |
| 156. Lowes Cos. | C | Dividend | M | T | | | | | |
| 157. Pepsico | B | Dividend | L | T | | | | | |
| 158. Hatteras Alpha Hdgd. FD | | None | M | T | | | | | |
| 159. MFS Muni High Inc. FD | D | Dividend | M | T | | | | | |
| 160. INTER VIVOS TRUST Dtd 11-22-89 | | None | L | T | | | | | |
| 161. John Hancock Life Insurance Policy: | | None | M | T | | | | | |
| 162. BB&T Demand Deposit Account | A | Interest | J | T | | | | | |
| 163. Prudential Financial | A | Dividend | K | T | | | | | |
| 164. NY Life Fixed Annuity | D | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 07/14/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I. POSITIONS

Trustee   Inter Vivos life insuarnce trust dated 11-22-89.

VII.  INVESTMENTS and TRUSTS

Conflicts:  I do not handle any disputes involving any company in which stock is owned (individually and as Trustee).  Also, I do not handle any disputes involving closely held businesses or anything related thereto.  Those matters are assigned to the other bankruptcy judges in the Western District of North Carolina. I no longer have a conflict on matters involving Bank of America, since my            retirement from it.  The Committee on Codes of Conduct has determined that that is not a conflict for my hearing disputes involving BB&T on account of a                  involvement on a "local board" of the bank.

Note:  Income is received from several closely held        corporations including East Mecklenburg Corp. ("S" corporation), The Mason Wallace Co., LLC, J.M. Wallace Land Co., LLC, and Triangle Properties Associates, LLC, and real property owned in common.  This is in the nature of investment income and is reported in PART VII.  The corporations buy, sell and own real estate, but the stockholders do not control any of those decisions or assets individuallly.

I own two cows that produce calves that I sell.  The cows have a value of 1,000.  During 2013 I sold two calves to George Lenze of Brevard, NC, for a total of $822.

Line 148, Part VII:  This item was inadvertently omitted from the prior report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ GEORGE R. HODGES**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544